■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALEX ROQUE, Appellant. [657 NYS2d 957] —Appeal by the defendant from a judgment of the County Court, Suffolk County (Pitts, J.), rendered April 20, 1994, convicting him of attempted burglary in the second degree and criminal mischief in the fourth degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Viewing the evidence in the light most favorable to the prosecution (*see, People v Contes*, 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. The complainant had an ample opportunity to observe the defendant during the attempted burglary and in addition made an unequivocal identification of the defendant at trial (*see, People v Wynn*, 200 AD2d 645). Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see*, CPL 470.15 [5]).

The sentence imposed was not excessive (*see, People v Suitte*, 90 AD2d 80).

The defendant's remaining contentions are without merit or do not require reversal. Miller, J. P., Joy, Goldstein and Florio, JJ., concur.